**No. 60409.**—Modern Food Products Company and Frank P. Dow Co., Inc. *v.* United States, protests 282380–K and 287268–K (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.